COMMISSIONER OF PUBLIC WELFARE OF THE CITY OF NEW YORK, Appellant, *v.* WILLIAM JACKSON, Respondent.

COMMISSIONER OF PUBLIC WELFARE OF THE CITY OF NEW YORK, Respondent, *v.* WILLIAM JACKSON, Appellant.

(Argued May 23, 1934; decided July 3, 1934.)

*Paul Windels, Corporation Counsel* (*Paxton Blair* and *Arthur H. Kerns* of counsel), for plaintiff, appellant and respondent.

*Frederick G. Rita* for defendant, respondent and appellant.

Orders affirmed. Held, that the constitutional question was not raised below. No opinion. (See 265 N. Y. 440.)

Concur: POUND, Ch. J., CRANE, LEHMAN, O'BRIEN, HUBBS, CROUCH and LOUGHRAN, JJ.